IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BONNIE COPE * | |
| PLAINTIFF * | |
| * | CIVIL ACTION NO. _____ |
| VS. * | |
| * | COMPLAINT AND DEMAND |
| JPMORGAN CHASE BANK, N.A. * | FOR A JURY TRIAL |
| DEFENDANT * | |

**COMPLAINT**

**I. INTRODUCTION**

1.  The Plaintiff brings this individual action for damages based upon Defendant's unlawful credit practices. The complaint alleges violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (hereinafter referred to as "FCRA"). Plaintiff seeks the greater of actual or statutory damages, punitive damages, costs and attorney fees under the FCRA.

**II. JURISDICTION**

2.  Jurisdiction of this court arises under 15 U.S.C. § 1681p, 28 U.S.C. §§ 1331 and 1337.

**III. PARTIES**

3.  Plaintiff, Bonnie Cope ("plaintiff" or Ms. Cope") is a natural person above the age of majority residing in West Baton Rouge Parish, State of Louisiana. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

4.  Defendant, JPMorgan Chase Bank, N.A. (hereinafter referred to as "defendant" or "Chase") is a national bank doing business in the state of Louisiana which can be

1

served through its president, Jamie Dimon, JP Morgan Chase Bank, National Association, 270 Park Avenue, New York, NY 10017.

## IV. FACTUAL ALLEGATIONS

5. On or about the beginning of January 2016, plaintiff Bonnie Cope learned that she was a class member in a class action filed against defendant for violating the FCRA by obtaining or accessing consumer reports on individuals without a permissible purpose in violation of 15 U.S.C. § 1681b(f).

6. The class action suit was entitled "Eva Marisol Duncan v. JPMorgan Chase Bank, N.A.," Civil Action Number 5:14-cv-00912, United States District Court, Western District of Texas

7. On March 23, 2016, Ms. Cope mailed in a letter to the class administrator in accordance with the class action notice excluding herself from the settlement of this class action in order to bring her individual claim against Chase.

8. Ms. Cope had previously had two credit cards with defendant Chase both of which were discharged in bankruptcy in 2011

9. Since Ms. Cope was identified by defendant Chase as a class member, defendant Chase obtained or pulled Ms. Cope's consumer report on both of these accounts after this bankruptcy discharge, and within five years of the filing of this complaint, when it no longer had a permissible purpose to do so as provided in section 1681b(a) of the FCRA.

10. The prohibition for pulling or obtaining consumer reports without a permissible purpose was explained by Senator William Proxmire when the FCRA was enacted

as follows, "...he has a right to see that the information is kept confidential and is used for the purpose for which it is collected; and he has a right to be free from unwarranted invasions of his personal privacy."

11.  Plaintiff has had her confidential information obtained by defendant and this has had her personal privacy invaded by Chase's actions when these were unauthorized.

## COUNT I - FAIR CREDIT REPORTING ACT

12.  The foregoing acts and omissions of Defendant willfully and/or negligently fail to comply with the requirements of the FCRA, specifically section 1681b(f).

13.  As a direct and proximate result of the foregoing acts and omissions of defendant, plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress and inconvenience, for which she should be compensated in amounts to be proven at trial.

14.  The acts complained of herein were done by defendant intentionally, purposefully, and/or in reckless disregard of the rights of plaintiff.

15.  Defendant is liable to plaintiff for actual damages, punitive damages, attorney fees, and costs.

WHEREFORE, plaintiff respectfully requests that judgment be entered against defendant JPMorgan Chase Bank, N.A. for:

(a) the greater of statutory or actual damages for each unauthorized inquiry as to Count I;

(b) punitive damages as to Count I pursuant to 15 U.S.C. § 1681n;

(c) attorney's fees pursuant to 15 U.S.C. § 1681n and/or § 1681o as to Count I;

(d) costs; and

(e) for such other and further relief as may be just and proper.

A JURY TRIAL IS DEMANDED.

               s/Garth J. Ridge
               **GARTH J. RIDGE**
               Attorney for Plaintiff
               Bar Roll Number:  20589
               251 Florida Street, Suite 301
               Baton Rouge, Louisiana 70801
               Telephone Number:  (225) 343-0700
               Facsimile Number: (225) 343-7700
               E-mail: GarthRidge@aol.com