UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BONNIE COPE | CIVIL ACTION |
| VERSUS | 17-687-SDD-EWD |
| JPMORGAN CHASE BANK, N.A. | |

## ORDER

**CONSIDERING** the *Notice of Settlement*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that the Plaintiff's claims against Defendant are DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement with this Defendant is not consummated.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot.

Signed in Baton Rouge, Louisiana on <u>November 9, 2017</u>.

_____
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 6.